IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO PARED, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:21-cv-00982-JMG |
| | : | |
| ASHLEY FURNITURE INDUSTRIES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 14th day of June, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

Kate Barkman
Clerk of Court

By:

*/s/ Brian R. Dixon*
Brian R. Dixon
Deputy Clerk to Judge John M. Gallagher